UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TSAMBIKOSE VOLONAKIS,

                Plaintiff,                          08 Civ. 06104 (JGK)

   -against-                                 COMPLAINT

LONG ISLAND RAILROAD COMPANY,

                Defendant.
------------------------------------------------------------------X

PLAINTIFF DEMANDS TRIAL BY JURY

Plaintiff, by his attorneys, Law Offices of Michael Flynn, PC, complains of the defendant and alleges:

FIRST:  This action is brought under the Federal Employers' Liability Act, (45 U.S.C. Sec. 51 et seq.).

SECOND:  The defendant is a corporation is engaged in interstate commerce by rail and operate a railroad system and railroad yards within the jurisdiction of this Court and in various other States.

THIRD:  That prior to April 4, 2006 and at all times hereinafter mentioned, the defendant employed the plaintiff as an assistant foreman and signal inspector under its direction, supervision and control and in furtherance of defendant's business in interstate commerce.

FOURTH:   That prior to April 4, 2006, and at all times hereinafter mentioned, the defendant maintained, operated and controlled the crossing and right of way near Lincoln Avenue, Roslyn Heights, New York which contained defendant's tracks, rails, switches, sidings, roadbeds and appurtenances thereto, over, through and

upon which the defendant operated engines, trains and cars under its control and direction.

FIFTH: That on or about April 4, 2006, while the plaintiff, an employee of the defendant, was in the performance of his duties as an assistant foreman and signal inspector while working along the right of way near the crossing at Lincoln Avenue, Roslyn Heights, New York, the defendant, its agents, servants, contractors and employees, so negligently and carelessly conducted themselves toward the plaintiff in failing to provide plaintiff with a reasonably safe place to work; and, so negligently failed and neglected to enact and enforce safety rules, regulations, procedures, and practices for activities carried out by its personnel at the said place, including adequate lighting, that all of the foregoing brought about severe and disabling injuries to plaintiff.

SIXTH: That the said injuries occurred while the plaintiff was acting in the furtherance of interstate commerce or in work closely or substantially affecting the same.

SEVENTH: That the plaintiff was damaged thereby in the sum of $500,000.00.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of FIVE HUNDRED THOUSAND ($500,000.00) DOLLARS, together with the costs and disbursements of this action.

> Law Offices of Michael Flynn, PC
> Attorneys for Plaintiff
> 1205 Franklin Avenue
> Garden City, NY 11530
> (516) 877-1234

By:_____
    MARC T. WIETZKE, MW1551

AO 440 (Rev. 5/85) Summons in a Civil Action
===============================================================================

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____District of_____NEW YORK_____

TSAMBIKOSE VOLONAKIS,

                Plaintiff,                    **SUMMONS IN A CIVIL ACTION**

                  **V.**                              CASE NUMBER:

LONG ISLAND RAILROAD COMPANY,

                Defendant.


    **TO:** (Name and Address of Defendant)
        Long Island Railroad Company
        Jamaica Station
        Jamaica, NY 11435

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

        Marc T. Wietzke, Esq., MW1551
        Law Offices of Michael Flynn, PC
        1205 Franklin Avenue
        Garden City, NY 11530
        (516) 877-1234


an answer to the complaint, which is herewith upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


_____            _____
CLERK                                                                                             DATE


_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]    DATE _____

NAME OF SERVER _____    TITLE _____

Check the box below to indicate appropriate method of service

[  ]  Served personally upon the defendant. Place where served: _____

[  ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[  ]  Returned unexecuted: _____

[  ]  Other (specify): _____

**STATEMENT OF SERVICE FEES**

TRAVEL _____    SERVICES _____    TOTAL _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          DATE                       SIGNATURE OF SERVER

                                     ADDRESS OF SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.