USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-04-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TSAMBIKOSE VOLONAKIS,
                     Plaintiff(s)

          -against-

LONG ISLAND RAILROAD COMPANY,
                     Defendant(s).
------------------------------------------------------------X

08 civ 6104 (JGK)

ORDER OF DISCONTINUANCE

It having been reported to this Court that the parties have settled this action,

It is, on this **3**$^{rd}$ day of **September,** 2008, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                          _____
                                          JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 3, 2008